UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| R. WAYNE PATTERSON, Pro Se,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE UNITED STATES SENATE, et al.,<br><br>　　　　Defendants. | Case No: C 13-2311 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to the parties' stipulation, Dkt. 16,

　　　　IT IS HEREBY ORDERED THAT:

　　　　1.　　The telephonic Case Management Conference currently scheduled for August 21, 2013 is CONTINUED to December 4, 2013 at 2:30 p.m.

　　　　2.　　At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders.

　　　　3.　　Plaintiff shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff shall call (510) 637-3559 with all parties on the line. The parties may use CourtCall or a similar service to set up the call. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　　　IT IS SO ORDERED.

Dated: 8/20/13

　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge