UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| R. WAYNE PATTERSON, Pro Se, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES SENATE, et al., <br><br> Defendants. | Case No: C 13-2311 SBA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulation, Dkt. 16,

IT IS HEREBY ORDERED THAT:

1. The telephonic Case Management Conference currently scheduled for August 21, 2013 is CONTINUED to December 4, 2013 at 2:30 p.m.

2. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders.

3. Plaintiff shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff shall call (510) 637-3559 with all parties on the line. The parties may use CourtCall or a similar service to set up the call. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 8/20/13

SAUNDRA BROWN ARMSTRONG
United States District Judge