MORGAN J. FRANKEL
Senate Legal Counsel
PATRICIA MACK BRYAN
Deputy Senate Legal Counsel
GRANT R. VINIK
Assistant Senate Legal Counsel
THOMAS E. CABALLERO
   e-mail: thomas_caballero@legal.senate.gov
Assistant Senate Legal Counsel
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC 20510-7250
(202) 224-4435
(202) 224-3391 (fax)

Attorneys for the Defendants

R. WAYNE PATTERSON
Calif. Bar No. 80510
5020 The Pointe Place
Santa Rosa, CA 95403-0986
707-322-9881
707-570-2060 (fax)
rwaynep@earthlink.net

Plaintiff pro se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| R. WAYNE PATTERSON, Pro Se,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE UNITED STATES SENATE, *et al.*,<br><br>                    Defendants. | No. CV-13-2311 SBA<br><br>**SECOND STIPULATION AND ORDER POSTPONING THE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS** |

   Subject to the approval of the Court, the parties hereby stipulate that the Case Management Conference currently scheduled for December 4, 2013, and all attendant requirements ancillary to that Conference, shall be further postponed until after the Court has ruled on defendants' motion to dismiss.  If defendants' motion is denied, the Case Management Conference will be rescheduled at that time.

Second Stipulation and Order Postponing the Case Management Conference Pending Resolution of Defendants' Motion to Dismiss, *Patterson v. United States Senate, et al.*, No. CV-13-2311 SBA

The grounds for this stipulation are as follows:

1.      On May 21, 2013, plaintiff filed this suit against the United States Senate, Vice President Joseph R. Biden, Jr., in his capacity as President of the Senate, and Senate Parliamentarian Elizabeth MacDonough, challenging the constitutionality of Rule XXII of the Standing Rules of the Senate, the Cloture Rule.

2.      At the time the Complaint was filed, the Court issued an Order Setting Initial Case Management Conference and ADR deadlines providing that a case management conference would be held on August 21, 2013 at 3:00 p.m., and requiring the parties to meet and confer and file ADR Certifications by July 31, 2013, and to file a Case Management Statement, Fed. R. Civ. P. 26(f) report, and provide any initial disclosures required by Rule 26(f) by August 14, 2013.

3.      On July 23, 2013, the parties filed a joint Stipulation and Order setting the Date for Defendants to Respond to the Complaint and Postponing the Initial Case Management Conference Pending Resolution of the Motion to Dismiss [Dkt #15].  The Court on July 24 approved that stipulation [Dkt #16].

4.      Subsequently, on August 20, 2013, the Court entered an Order continuing the Case Management Conference to December 4, 2013, and requiring the parties to file a Joint Case Management Statement no later than November 27, 2013 [Dkt. #17].

5.      On August 22, 2013, defendants timely filed a motion to dismiss plaintiff's complaint for lack of jurisdiction, and that motion was set for hearing on October 8 [Dkt. #18]. Plaintiff filed an opposition to that motion on September 3 [Dkt #19], and defendants filed their reply on September 12 [Dkt #20].  On October 3, 2013, the Court vacated the hearing and gave notice to the parties that the motion to dismiss would be taken under submission on the papers [Dkt. #21].  That motion remains pending.

6.      The parties agree that the Case Management Conference should be postponed further for the same reasons as in their first stipulation approved by the Court; namely, that further proceedings in this matter should await a decision on whether the Court has jurisdiction to proceed in this case.

Second Stipulation and Order Postponing the Case Management Conference Pending Resolution of Defendants' Motion to Dismiss, *Patterson v. United States Senate, et al.*, No. CV-13-2311 SBA

- 2 -

ACCORDINGLY, the parties hereby stipulate and agree that the Case Management Conference currently scheduled for December 4, 2013, and all attendant requirements ancillary to that Conference, shall be **postponed** until after the Court has ruled on defendants' motion to dismiss. If that motion is denied, the Case Management Conference will be rescheduled at that time.

Respectfully submitted,

MORGAN J. FRANKEL
Senate Legal Counsel

PATRICIA MACK BRYAN
Deputy Senate Legal Counsel

GRANT R. VINIK
Assistant Senate Legal Counsel

DATED: November 18, 2013            By: ____/s/_____
                                    THOMAS E. CABALLERO
                                    Assistant Senate Legal Counsel

                                    Attorneys for the Defendants


DATED: November 18, 2013            By: ____/s/_____
                                    R. WAYNE PATTERSON

                                    Plaintiff pro se


**PURSUANT TO STIPULATION, IT IS SO ORDERED except that a Telephonic Case Management Conference, will be held on January 23, 2013, at 3:00 p.m., in Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible**

Second Stipulation and Order Postponing the Case Management Conference Pending Resolution of Defendants' Motion to Dismiss, *Patterson v. United States Senate, et al.*, No. CV-13-2311 SBA

- 3 -

1  for filing the statement as well as for arranging the conference call.  All parties shall be on

2  the line and shall call (510) 637-3559 at the above indicated date and time.

3

4

5  DATED:  _11/20/2013_                    _____

6  HONORABLE SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Second Stipulation and Order Postponing the Case Management Conference Pending Resolution of Defendants'
Motion to Dismiss,  *Patterson v. United States Senate, et al.*, No. CV-13-2311 SBA

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this

Second Stipulation and [Proposed] Order Postponing the Case Management Conference Pending

Resolution of Defendants' Motion to Dismiss has been obtained by the other signatory listed on

this document.


DATED: November 18, 2013                    By: _____/s/_____

                                                THOMAS E. CABALLERO
                                                Assistant Senate Legal Counsel

Second Stipulation and Order Postponing the Case Management Conference Pending Resolution of Defendants'
Motion to Dismiss, *Patterson v. United States Senate, et al.*, No. CV-13-2311 SBA