UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| R. WAYNE PATTERSON, Pro Se, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES SENATE, *et al.*, <br><br> Defendants. | No. CV-13-2311 SBA <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR HOLDING IN ABEYANCE PROCEEDINGS ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FURTHER POSTPONING THE CASE MANAGEMENT CONFERENCE** |

Upon consideration of Defendants' Administrative Motion for Order Holding in Abeyance Proceedings on Plaintiff's Motion for Summary Judgment and Further Postponing the Case Management Conference, and good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED and proceedings on Plaintiff's Motion for Summary Judgment, including the date by which defendants must respond to that motion, are **held in abeyance** pending a ruling on Defendants' Motion to Dismiss. If the motion to dismiss is denied, the time for defendants to file an opposition to the motion for summary judgment shall be extended to within 30 days of that denial.

IT IS HEREBY FURTHER ORDERED that the Case Management Conference currently scheduled for January 23, 2014, is **postponed** until after the Court rules on the motion to dismiss.

IT IS SO ORDERED.

DATED: 1/17/2014

*Sandra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE